IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. | : CIVIL ACTION |
| MARY JEAN BROWN and KEVIN WAITE | : |
| and on behalf of | : |
| THE STATES OF CALIFORNIA, DELAWARE, | : |
| THE DISTRICT OF COLUMBIA, FLORIDA, | : |
| HAWAII, ILLINOIS, LOUISIANA, | : |
| MASSACHUSETTS, NEVADA, TENNESSEE, | : |
| TEXAS and VIRGINIA | : |
| | : |
| v. | : |
| | : |
| CAREMARKPCS f/k/a ADVANCEPCS, INC., | : |
| a direct subsidiary of Caremark Rx, | : |
| Inc. | : NO. 02-9236 |

**ORDER**

    **AND NOW**, this 9th day of September, 2005, the court having approved a Settlement Agreement in the above case which includes a Corporate Integrity Agreement between the Office of Inspector General of the Department of Health and Human Services and Advance PCS, and a Consent Order of Court for Injunction and Settlement, and certain compliance reports being required therein, it is **ORDERED** that:

    Defendant shall file with the court, under seal, copies of all compliance reports when they are filed with the United States under:

1. The Corporate Integrity Agreement between the Office of Inspector General of the Department of Health and Human Services, and AdvancePCS, and

2. The Consent Order of Court for Injunction and Settlement.


                                   /s/ Norma L. Shapiro

                                    Norma L. Shapiro, S.J.