IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. Mary Jean Brown and Kevin Waite,<br><br>    Plaintiffs,<br><br>v.<br><br>CAREMARKPCS, INC., f/k/a ADVANCEPCS,<br>INC., A DIRECT SUBSIDIARY OF CAREMARK<br>RX, INC., A DELAWARE CORPORATION,<br><br>    Defendant. | : : : : : : : : : : : : : : | CIVIL ACTION NO. 02-9236 |
| UNITED STATES OF AMERICA, *ex rel*.<br>KARL SCHUMANN,<br><br>    Plaintiff,<br><br>v.<br><br>CAREMARKPCS, f/k/a ADVANCE PARADIGM,<br>INC., A DIRECT SUBSIDIARY OF CAREMARK<br>RX, INC., A DELAWARE CORPORATION,<br><br>    Defendant. | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 03-5425 |

**RELATORS' JOINT NOTICE OF WITHDRAWAL OF RELATORS' JOINT APPLICATION FOR RELATORS' SHARE AND REASONABLE ATTORNEYS' FEES AND COSTS AND RELATORS' JOINT SUPPLEMENTAL APPLICATION FOR REASONABLE ATTORNEYS' FEES AND COSTS**

  Relators Mary Jean Brown, Kevin Waite, and Karl Schumann, by and through their counsel, respectfully submit this Joint Notice of Withdrawal of Relators' Joint Application for Relators' Share and Reasonable Attorneys' Fees and Costs ("Joint Application") and Relators' Joint Supplemental Application for Reasonable Attorneys' Fees and Costs ("Joint Supplemental Application").

DC1 45677583.1

Relators filed their Joint Application on October 7, 2005 prior to reaching an agreement with the United States on the issue of relator's share. The Relators and the United States have reached an agreement with respect to all outstanding relator's share issues. As the Court observed during a conference in chambers on November 7, 2005, a decision by the Court on the relator's share issue is pending only because the Relators had filed, and currently have pending before this Court, an application to approve relator's share. Since the Relators and the United States have now reached an agreement with respect to all outstanding relator's share issues, that application is now moot, and Relators respectfully withdraw their Joint Application.

Relators filed their Joint Supplemental Application on October 25, 2005. Relators and the Defendant reached an agreement regarding payment of attorneys' fees on September 7, 2005. This agreement was provided to the Court as an exhibit to the Joint Supplemental Application. The Court stated in its October 25, 2005 correspondence to Assistant United States Attorney Barbara Rowland "since the parties have reached a private agreement [regarding attorneys' fees and costs], the court does not believe approval is necessary."

For the foregoing reasons and for those reasons discussed at the conference held in chambers on November 7, 2005, Relators respectfully withdraw their Joint Application and Joint Supplemental Application.


Dated: November 10, 2005

Respectfully submitted,

KREINDLER & ASSOCIATES, P.C.

/s/
Sharon M. Gurak, Esq. (Pa. Bar No. 40026)
Mitchell R. Kreindler, Esq. (Pa. Bar No. 80161)
7 Great Valley Parkway, Suite 210
Malvern, Pennsylvania 19355-1425
610.889.1100 (tel.)
610.889.1112 (fax)

and

9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415
713.647.8888 (tel.)
713.647.8889 (fax)

ROBINS, KAPLAN, MILLER & CIRESI LLP

/s/
W. Scott Simmer, Esq.
Thomas J. Poulin, Esq.
1801 K Street, N.W., Suite 1200
Washington, D.C.20006-1307
202.775.0725 (tel.)
202.223.8604 (fax)

*Counsel for Relators*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that copies of Joint Notice of Withdrawal of Relators' Joint Application for Relators' Share and Reasonable Attorneys' Fees and Costs and Relators' Joint Supplemental Application for Reasonable Attorneys' Fees and Costs in the above-captioned matters was served today via United States First Class mail, postage prepaid, upon the following persons at the addresses stated:

James Sheehan
Associate United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

Barbara Rowland
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

John K. Henebery
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

Howard Pearl
Winston & Strawn LLP
35 West Wacker Drive
Suite 4200
Chicago, IL  60601-9703


Date: November 10, 2005

                                                                /s/_____
                                                                 W. Scott Simmer